RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KATE BERRY
Assistant Federal Public Defender
Nevada State Bar No. 14346
200 S. Virginia Street, Ste. 340
Reno, Nevada 89501
(775) 321-8451/Phone
(702) 388-6261/Fax
Kate_Berry@fd.org

Attorney for KATHY COOKSEY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  3:21-cr-00053-MMD-WGC |
| Plaintiff, | **STIPULATION TO CONTINUE MOTION DEADLINES** |
| v. | (First Request) |
| KATHY COOKSEY, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Rene L. Valladares, Federal Public Defender, and KATE BERRY, Assistant Federal Public Defender, counsel for KATHY COOKSEY, Christopher Chiou, Acting United States Attorney, and RICHARD CASPER, Assistant United States Attorney, counsel for the United States of America, that the parties herein shall have to and including April 19, 2022, to file any and all pretrial motions and notices of defense.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including May 3, 2022, to file any and all responsive pleadings.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including May 10, 2022, to file any and all replies to dispositive motions.

This is the first stipulation to continue the motions deadlines.  Counsel is requesting additional time to file pretrial motions mindful of the current trial date of June 6, 2022 at 9:00 AM, the exercise of due diligence, in the interests of justice, and not for any purpose of delay.

DATED this 8th day of April, 2022.


RENE L. VALLADARES                    CHRISTOPHER CHIOU
Federal Public Defender               Acting United States Attorney


*/s/ Kate Berry*                          */s/ Richard Casper*
By:_____            By:_____
KATE BERRY                            RICHARD CASPER
Assistant Federal Public Defender     Assistant United States Attorney
Counsel for Kathy Cooksey             Counsel for United States


**IT IS SO ORDERED.**

**DATED** this __11th___ day of April, 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

2